UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

STRIKE 3 HOLDINGS, LLC,

    Plaintiff,

  v.

JOHN DOE SUBSCRIBER ASSIGNED IP ADDRESS 162.231.243.236,

    Defendant.

Case No. 18-cv-00697-MEJ

**ORDER VACATING INITIAL CASE MANAGEMENT CONFERENCE; ORDER TO SHOW CAUSE**

Plaintiff filed the Complaint against Defendant Doe on January 31, 2018. Compl., Dkt. No. 1. On February 23, 2018, the undersigned denied without prejudice Plaintiff's *ex parte* application to serve a third party subpoena on the ISP alleged to own the IP address assigned to Defendant Doe. *See* Order, Dkt. No. 9. Since that date, Plaintiff has not renewed its application, and thus has not discovered the identity of Defendant Doe.

This matter is currently scheduled for an initial case management conference on May 3, 2018. Dkt. No. 5. Because Plaintiff has not yet served Defendant Doe, the Court **VACATES** that conference.

If a defendant is not served within 90 days after the complaint is filed, the Court must dismiss the action without prejudice against that defendant or order that service be made within a specified time. Fed. R. Civ. P. 4(m). The 90-day deadline for serving Defendant Doe ends on or about May 1, 2018. Plaintiff has not obtained leave to serve a subpoena to Defendant Doe's ISP and discover Doe's identity, and has not sought an extension of time for serving Doe.

No later than May 3, 2018, Plaintiff either shall (1) voluntarily dismiss the action, or (2) show cause in writing why the Court should not dismiss the action for failure to prosecute pursuant to Rule 4(m).

**IT IS SO ORDERED.**

Dated: April 25, 2018

_____
MARIA-ELENA JAMES
United States Magistrate Judge